STATE OF MONTANA, Plaintiff, vs. JOSEPH WALTER, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of 25 years for each count of Robbery and Rape to run concurrently, imposed on September 13, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank John Merredith of the Montana Defender Project and Jack McCarthy, Attorney at Law, for their assistance to defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. ARTHUR LEE THURSBY, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of 15 years & 35 years for Robbery and Rape, imposed on March 26, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Gary Everson of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. PAUL ROSS SMITH, Defendant.

DECISION

The application of the above-named defendant for a review of the sentence of 3½ years for Burglary First Degree, imposed on September 18, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Robert Meldahl of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.